An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIAN CRAIG YOUNG A/K/A JULIAN
C. YOUNG,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 60965

**FILED**

JUN 03 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



### *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of grand larceny. Eighth Judicial District Court, Clark County; Valorie J. Vega, Judge.

Appellant's counsel has filed a motion to voluntarily withdrawal this appeal. Attached to the motion is a letter from appellant to counsel requesting counsel to withdraw the appeal and a signed declaration from appellant in which he states that counsel has explained the consequences of voluntarily withdrawing this appeal, including that he cannot hereafter seek to reinstate this appeal. Cause appearing, we grant the motion and we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.          _____, J.
Douglas                                  Saitta

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

13-16173

cc:   Hon. Valorie J. Vega, District Judge
      Sandra L. Stewart
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk
      Julian Craig Young